UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

**JANET WILLIAMS et al.,**

          **Plaintiffs,**

v.　　　　　　　　　　　　　　　　Case No: 2:22-CV-00040-HEA

**NATIONAL RAILROAD PASSENGER CORPORATION, et al.,**

          **Defendants.**

## MOTION FOR EXTENSION OF TIME TO ANSWER

COMES NOW Defendant, MS Contracting LLC, by and through their attorneys of record, McCausland Barrett & Bartalos P.C., and requests from this Court an extension of time to respond to Plaintiffs' Complaint, filed on June 30, 2022, until the Court rules on its Motion to Stay Litigation Proceedings Pending NTSB Investigation.  In support of its Motion, Defendant states as follows:

1. Defendant has filed a Motion to Stay Litigation Proceedings Pending NTSB Investigation.

2. This Motion to Stay is based on the fact that this matter arises out of a train/truck collision wherein an Amtrak train collided with a truck operated by MS Contracting LLC at a BSNF grade crossing located near Mendon, Missouri, on June 27, 2022.  Due to the nature of this incident, the National Transportation Safety Board ("NTSB") immediately undertook an investigation.

3. Defendant is a party to NTSB's investigation and, as a result, is specifically prohibited from the release of information obtained during the investigation.

4. Answering Plaintiffs' Complaint would likely result in the release of information obtained during NTSB's investigation or, in the alternative, Defendant would be unable to answer many of Plaintiffs' allegations.

5. If Defendant is required to file its Answer prior to the Court's ruling on Defendant's Motion to Stay, its Answer would not provide much information to the Plaintiff or Defendant would be required to release information it is not legally permitted to release.

6. No party will be prejudiced by the requested extension and same is not made for the purpose of unnecessary delay.

7. Counsel for MS Contracting has placed a call to the attorneys for Plaintiffs in this action regarding Plaintiff's position on this motion; however, counsel for Plaintiffs has not returned the call at the time of filing.

WHEREFORE, Defendant, MS Contacting LLC, requests an extension of time until the Court has ruled on its Motion to Stay Litigation Proceedings Pending NTSB Investigation to file its Answer in response to Plaintiffs' Complaint.

      **McCAUSLAND BARRETT & BARTALOS P.C.**

*/s/ Clinton S. Turley*
| | |
|---|---|
| Todd C. Barrett | MO #40032 |
| Mark D. Chuning | MO #43685 |
| Clinton S. Turley | MO #66898 |
| Bailey M. Schamel | MO #72111 |

9233 Ward Parkway, Suite 270
Kansas City, Missouri 64114
(816) 523-3000/FAX (816) 523-1588
tbarrett@mbblawfirmkc.com
mchuning@mbblawfirmkc.com
cturley@mbblawfirmkc.com
bschamel@mcclawfirmkc.com
ATTORNEYS FOR DEFENDANT

I hereby certify that a copy of the above and foregoing was emailed through the Court's efiling system this 20th day of July, 2022 to:

Greg G. Gutzler
DICELLO LEVITT LLC - New York
One Grand Central Place
60 E. 42nd Street, Suite 2400
New York, NY 10165
646-933-1000
Email: ggutzler@dicellolevitt.com

Jeffrey P. Goodman
SALTZ MONGELUZZI PC - Philadelphia
One Liberty Place
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
215-496-8282
Fax: 215-496-0999
Email: jgoodman@smbb.com
ATTORNEYS FOR PLAINTIFF

**Sean P. Hamer**
SCHARNHORST AST PC – Kansas City
1100 Walnut Street
Suite 1950
Kansas City, Missouri 64106
816-268-9400
816-268-9409 (fax)
shamer@sakg.com
ATTORNEYS FOR DEFENDANT
NATIONAL RAILROAD PASSENGER CORPORATION and
BNSF RAILRAY COMPANY


*/s/ Clinton S. Turley*
Clinton S. Turely
For the Firm

3